1458

**96–2669.   KEM Invest., Inc. v. Jackson Twp. Bd. of Zoning Appeals.**
Stark App. No. 1995CA00281.   Reported at 78 Ohio St.3d 1411, 675 N.E.2d 1250.   On motion for reconsideration.   Motion denied.

**96–2758.   State v. Britton.**
Hamilton App. No. C–960745.   Reported at 78 Ohio St.3d 1412, 675 N.E.2d 1250.   On motion for reconsideration and on motion for sanctions.   Motions denied.

**97–201.   Local Union 1886, United Mine Workers of Am. v. Reclamation Bd. of Review.**
Franklin App. No. 96APD04–506.   Reported at 78 Ohio St.3d 1418, 676 N.E.2d 122.   On motion for reconsideration.   Motion denied.
    DOUGLAS, J., dissents.

*Thursday, April 10, 1997*

## MOTION DOCKET

**94–1777.   State v. Dunlap.**
Hamilton App. No. C–930121.   This cause came on for further consideration upon appellant's emergency motion to transfer appellant from Idaho Maximum Security Institution in Idaho to the Mansfield Correctional Institution in Mansfield, Ohio.   Upon consideration thereof,
    IT IS ORDERED by the court that the emergency motion to transfer appellant be, and hereby is, denied.

**96–2653.   State ex rel. Repasz v. Indus. Comm.**
Franklin App. No. 95APD11–1433.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   On April 8, 1997, appellant filed a request for oral argument, which was due under S.Ct.Prac.R. IX(2)(B) no later than April 7, 1997.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the untimely filing of a request for oral argument,
    IT IS ORDERED by the court, *sua sponte*, that appellant's request for oral argument be, and hereby is, stricken.